

United States District Court
## EASTERN DISTRICT OF CALIFORNIA

JUL 25 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

United States of America )
vs. )  Case No. 1:22-CR-00208-002
Marko Antonio Lopez )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Marko Antonio Lopez__, have discussed with __Ryan Beckwith__, Pretrial Services Officer, modifications of my release conditions as follows:

1) You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer.
2) You must participate in a program of medical or psychiatric treatment, including treatment for drug/alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  7/24/23      _____  7/24/23
Signature of Defendant     Date          Pretrial Services Officer Services   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____              7/25/2023
Signature of Assistant United States Attorney    Date
Jeffrey Spivak

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              7-25-23
Signature of Defense Counsel             Date
Scott Quinlan

### ORDER OF THE COURT
☑ The above modification of conditions of release is ordered, to be effective on   __Jul 25, 2023__.
☐ The above modification of conditions of release is *not* ordered.

_____              Jul 25, 2023
Signature of Judicial Officer            Date
cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services