W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant MARKO LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARKO LOPEZ,<br><br>Defendant. | No. 1:22-cr-0208 JLT SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF W. SCOTT QUINLAN AS ATTORNEY OF RECORD AND [~~PROPOSED~~ ORDER]** |

On July 28, 2022 Defendant Marko Lopez was indicted on federal crimes. CJA Panel Attorney W. Scott Quinlan was appointed to represent Mr. Lopez on August 16, 2022. Mr. Lopez was sentenced pursuant to a plea agreement on April 1, 2024. He was sentenced to time served. No appeal was filed. Having completed his representation of Defendant Marko Lopez, his counsel W. Scott Quinlan now moves to terminate his appointment under the Criminal Justice Act.

Dated: April 25, 2024                        Respectfully submitted,


                                             /s/ W. Scott Quinlan
                                             W. Scott Quinlan, Attorney for
                                             Defendant, MARKO LOPEZ

1

**[~~PROPOSED~~] ORDER**

Having completed the representation of Defendant Marko Lopez under the Criminal Justice Act, the appointment of W. Scott Quinlan as CJA panel attorney to represent Mr. Lopez is hereby terminated.

IT IS SO ORDERED.

Dated:  **April 25, 2024**

_____
UNITED STATES DISTRICT JUDGE