W. SCOTT QUINLAN, 101269
Attorney at Law
2300 Tulare Street, Ste. 300
Fresno, Ca 93721
Telephone: (559) 442-0634

Attorney for Defendant MARKO LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARKO LOPEZ, et al.<br><br>Defendants. | No. 1:22-cr-0208 JLT SKO<br><br>**STIPULATION AND ORDER ALLOWING TRAVEL TO MEXICO FOR DENTAL TREATMENT** |

It is hereby stipulated between the Assistant United States Attorney Jeffery Spivak and counsel for defendant, W. Scott Quinlan, that Defendant Marko Antonio Lopez may travel to Ensenada, Mexico leaving on December 17, 2024 and returning December 20, 2024. Mr. Lopez was sentenced to 3 years of supervised release on April 9, 2024 in the above-referenced case.

There is good cause for this stipulation in that defendant is in need of two root canals which will also require two crowns. Defendant Lopez can only afford to have the procedures done in Mexico. Defendant will be traveling with his mother, Greta Abea, and step-mother. He has made arrangements for the procedure to take place at a clinic in Ensenada, Mexico and will return on December 20, 2024.

///

1

His probation officer Aldonza Leal has authorized this trip for the reason stated. Counsel for the government has no objection to this trip to Mexico detailed above.

**IT IS SO STIPULATED:**

Dated: December 9, 2024                    /s/ Jeffery Spivak
                                           JEFFERY SPIVAK
                                           Assistant United States Attorney


Dated: December 9, 2024

                                           /s/ W. Scott Quinlan
                                           W. Scott Quinlan, Attorney for Defendant
                                           MARKO LOPEZ


# ORDER

**GOOD CAUSE APPEARING THEREFOR:**

**IT IS HEREBY ORDERED** that the Defendant Marko Lopez may travel to Ensenada, Mexico on December 17, 2024, returning to California on December 20, 2024.

**IT IS SO ORDERED.**

Dated: December 10, 2024

                                           UNITED STATES DISTRICT JUDGE
                                           JENNIFER L. THURSTON

2