W. SCOTT QUINLAN, 101269
Attorney at Law
2300 Tulare Street, Ste. 300
Fresno, Ca 93721
Telephone: (559) 442-0634

Attorney for Defendant MARKO LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:22-cr-0208 JLT SKO |
| Plaintiff, | **UNOPPOSED MOTION TO TERMINATE FINAL YEAR OF SUPERVISED RELEASE AND ORDER** |
| v. | |
| MARKO LOPEZ, | |
| Defendant. | |

The defense moves this Court for an order ex parte terminating supervised release for the above-named defendant. Defense counsel has inquired of any opposition from counsel for the government, Assistant United States Attorney Jeffery A. Spivak. He handled the case and has left the U.S. Attorney's Office. United States Probation Officer Aizlyn O'Connor was contacted and did not voice any opposition to this motion.

Title 18 U.S.C. §3583(e)(1) grants this Court the power to terminate a term of supervised release at any time after the expiration of one year on a felony case, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c)[1], provided the Court is satisfied that such action

---

[1] Federal Rules of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." A hearing is not required if the defendant waives the hearing, or if the relief is favorable to the defendant and the government does not object. Fed.R.Crim.P. 32.1(c)(2)(A) and (B). Under both provisions, no hearing is required here.

1

is warranted by the conduct of the defendant and in the interests of justice. *See* 18 U.S.C. §3564(c); *see also United States v. Ponce*, 22 F.4th 1045 (9th Cir., 2022) (clarifying that early termination of supervised release is not just reserved for rare cases involving exceptionally good behavior).

Mr. Lopez' underlying case arose out of the Eastern District of California. *See* case No. 1:22-CR-00208. Mr. Lopez was sentenced in that case on April 1, 2024 to time served with a 3-year term of supervised release to follow. *See* Dkt.# 68, sentencing minute order, and Dkt. #69, the judgment in his case. Mr. Lopez' term of supervised release began on April 1, 2024.

In total, as of the date of this filing, Mr. Lopez has been on supervised release for a period of 2 years out of the initially imposed 3-year term. During this time, Mr. Lopez has not incurred any violations of supervised release and has remained in compliance with all terms and conditions. In September of 2025, probation informed Mr. Lopez that he no longer needed to check in with probation on a regular basis. Probation made a visit to Mr. Lopez' new residence on April 23, 2026. He has maintained a steady residence in San Jose, California, residing first with his mother, and then out on his own approximately 2 to 3 weeks ago. He has been consistently employed as a bartender/server at Il Fornaio Italian restaurant in San Jose, CA since 2024.

Mr. Lopez attended counseling for approximately 1 year after he was sentenced. He is currently inquiring into a career in Solor technology and installation. Attached are letters in support of Mr. Lopez' character, work ethic, and all over growth since his sentencing.

On March 27, 2026, undersigned counsel reached out via email to Mr. Lopez' probation officer, Aizlyn O'Connor, regarding the position of probation in light of the above and with respect to this request. Ms. O'Connor stated that Mr. Lopez "can submit a motion for early term." Likewise, on April 8, 2026, ,undersigned counsel e-mailed Assistant United States Attorney Jeffery A. Spivak as to the government's position with respect to this request. Mr. Spivak is no longer with the United States Attorney's office.

///

///

///

2

Based upon the foregoing, the defense submits that early termination of supervised release is warranted based on the continued law abiding conduct of Mr. Lopez since sentencing in 2024 and in the interest of justice.

Dated: April 24, 2026                                    Respectfully submitted,


                                        /s/ W. Scott Quinlan
                                        W. Scott Quinlan, Attorney for Defendant
                                        MARKO LOPEZ


**ORDER**

Pursuant to 18 U.S.C. §3583(e), the Court hereby terminates Defendant Marko Lopez' term of supervised release.

IT IS SO ORDERED.

Dated:   **April 29, 2026**

                                        UNITED STATES DISTRICT JUDGE

3